```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 19298
   FRED H MILLER JR
   VICKI A MILLER                         CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4058    SSN XXX-XX-4573


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/26/2008 and was not confirmed.

      The case was dismissed without confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------

HSBC AUTO FINANCE          NOTICE ONLY    NOT FILED              .00          .00
WELLS FARGO BANK NA        CURRENT MORTG        .00              .00          .00
WELLS FARGO BANK NA        MORTGAGE ARRE   18000.00              .00          .00
FORD MOTOR CREDIT          SECURED VEHIC   30867.56              .00          .00
FORD MOTOR CREDIT          UNSECURED      NOT FILED              .00          .00
HSBC AUTO FINANCE          SECURED VEHIC   35918.00              .00          .00
HSBC AUTO FINANCE          UNSECURED         339.15              .00          .00
COOK COUNTY TREASURER      SECURED           500.00              .00          .00
AMERICREDIT FINANCIAL SV   UNSECURED      NOT FILED              .00          .00
AMRESCO RESIDENTIAL MORT   UNSECURED      NOT FILED              .00          .00
AT T                       UNSECURED      NOT FILED              .00          .00
MENARDS                    UNSECURED        1143.91              .00          .00
CAPITAL ONE                UNSECURED      NOT FILED              .00          .00
JC PENNY                   NOTICE ONLY    NOT FILED              .00          .00
CONSECO FINANCE            UNSECURED      NOT FILED              .00          .00
PRA RECEIVABLES MANAGEME   UNSECURED        1220.25              .00          .00
MACYS RETAIL HOLDINGS      UNSECURED         642.56              .00          .00
FASHION BUG                UNSECURED      NOT FILED              .00          .00
FIRST NATIONAL BANK        UNSECURED      NOT FILED              .00          .00
FMS SERVICES               UNSECURED      NOT FILED              .00          .00
FORD MOTOR CREDIT          UNSECURED       21492.43              .00          .00
GEMB/WALMART               UNSECURED      NOT FILED              .00          .00
EXCEL                      UNSECURED      NOT FILED              .00          .00
GREEN TREE SERVICING LLC   UNSECURED      NOT FILED              .00          .00
HEIGHTS AUTO WORKERS CU    UNSECURED         527.87              .00          .00
HSBC ORCHARD BANK          UNSECURED      NOT FILED              .00          .00
ARROW FINANCIAL SERV       UNSECURED         488.00              .00          .00
CHASE BANK                 UNSECURED         282.94              .00          .00
WFNNB/ LANE BRYANT         UNSECURED      NOT FILED              .00          .00
SPIRIT OF AMERICA/LANE B   UNSECURED         426.90              .00          .00
MACYS                      UNSECURED      NOT FILED              .00          .00
NICOR GAS                  UNSECURED      NOT FILED              .00          .00
NORTHLAND GROUP            UNSECURED      NOT FILED              .00          .00
PENN CREDIT CORP           UNSECURED      NOT FILED              .00          .00
RESURGENT ACQUISITION LL   UNSECURED      NOT FILED              .00          .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 19298 FRED H MILLER JR & VICKI A MILLER
```

```
RMCB COLLECTION AGENCY    UNSECURED        NOT FILED              .00            .00
SALUTE                    UNSECURED        NOT FILED              .00            .00
SEARS/CBSD                UNSECURED        NOT FILED              .00            .00
SILKIES PAYMENT CENTER    UNSECURED        NOT FILED              .00            .00
SPIRIT OF AMERICA/FASHIO  UNSECURED           682.84              .00            .00
BRADFORD EXCHANGE         UNSECURED        NOT FILED              .00            .00
TRANSWORLD SYSTEMS        UNSECURED        NOT FILED              .00            .00
WELLS FARGO               SECURED NOT I    NOT FILED              .00            .00
WEST ASSET MANAGEMENT IN  UNSECURED        NOT FILED              .00            .00
AT&T                      UNSECURED        NOT FILED              .00            .00
WFNNB TSA                 UNSECURED        NOT FILED              .00            .00
FRED H MILLER III         NOTICE ONLY      NOT FILED              .00            .00
AMERICREDIT FINANCIAL SV  SECURED NOT I      23723.54             .00            .00
LEGAL HELPERS PC          DEBTOR ATTY            .00                             .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                            ---------------    ---------------
TOTALS                            .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/27/09              _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                          PAGE    2
        CASE NO. 08 B 19298 FRED H MILLER JR & VICKI A MILLER